JAMES KETTLE, Appellant, *v.* JOHN TURL et al., Respondents.

MOTION for resettlement of case.

*George H. Hart* and *John H. Whiting*, for motion.

*W. W. Niles*, opposed.

*Per Curiam.* Motion for resettlement of case. After argument and decision of an appeal it is too late for the defeated party to apply for a resettlement of the case in order to obtain a different statement of facts upon the record by the insertion of questions and answers which he deemed immaterial in making up his case, and which for the first time appear material to him after an adverse decision. It might be different if the proposed amendment were in support of a judgment, and where matter was improperly inserted or omitted by the other party to the controversy.

Motion denied, with ten dollars costs.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion denied, with ten dollars costs.

---

JAMES KETTLE, Appellant, *v.* JOHN TURL et al., Respondents.

MOTION for reargument of appeal.

*Geo. H. Hart* and *John H. Whiting*, for motion.

*W. W. Niles*, opposed.

*Per Curiam.* The points severally alluded to by the appellant, as having been overlooked by the court in its decision of the appeal, appear from the opinion to have been duly considered. The case of *Chisholm* v. *State*, 141 N. Y. 246, does not limit *Weston* v. *Troy*, cited in the opinion of the General Term, but distinguishes it only, and nowise affects its application to the case at bar.

Motion for reargument denied; no costs.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Motion denied, without costs.